In the Matter of the Claim of HARRY BRENNER, Appellant, v. UTILITIES LAUNDRY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.